FILED
CLERK, U.S. DISTRICT COURT

OCT - 8 2024

CENTRAL DISTRICT OF CALIFORNIA
BY ___AF___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ANGEL RAMIREZ,<br><br>Defendant. | Case No. CR 24-578-JAK<br><br>ORDER OF DETENTION |

I.

On October 8, 2024, Defendant Jose Angel Ramirez made his initial appearance on the Indictment filed in this matter. Deputy Federal Public Defender James Threatt was appointed to represent Defendant. The government was represented by Assistant United States Attorney Matthew Tako. Defendant

submitted on the recommendation of detention in the report prepared by Probation and Pretrial Services.

☐   On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒   On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

## II.

The Court finds that no condition or combination of conditions will reasonably assure:  ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

## III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community.  [18 U.S.C. § 3142(g)]  The Court also considered the information presented at the hearing, the arguments of counsel, and the report and recommendation prepared by U.S. Probation and Pretrial Services.

## IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒ Defendant is unemployed and residence history is unstable

☒ The Indictment charges Defendant with felon in possession of firearm and felon in possession of ammunition.

☒ Inconsistent information regarding Defendant's history of substance abuse and treatment; Defendant admits substance use history, Defendant's wife denies substance use history and treatment

☒ family ties outside California

☒ history of parole revocations, was on parole at the time of offense conduct alleged, current parole discharge date is 2-14-2026.

☒ insufficient bail resources

As to danger to the community:

☒ allegations in the Indictment see above)

☒ Criminal History includes felony convictions for robbery in 2017 and 2019, and history of parole revocations, and Defendant committed offense alleged while on parole.

☒ alleged gang member/association

V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will

deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: October 8, 2024

                                        /s/
                          ALKA SAGAR
          UNITED STATES MAGISTRATE JUDGE